JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Nicole Drey Huerter, SBN: 250235
    E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC
BAYERISCHE MOTOREN WERKE AG

QUINTANA LAW GROUP, APC
Andres F. Quintana, SBN: 190525
    E-mail: andres@qlglaw.com
26135 Mureau Road, Suite 203
Calabasas, California 91302
Telephone:   (818) 914-2104
Facsimile:   (818) 914-2101

Attorney for Defendants
TRANSATLANTIC-TRADE.COM, LLC
GUNTER KREBS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a German Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSATLANTIC-TRADE.COM, LLC, a Florida Limited Liability Company; GUNTER KREBS, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00850-ODW-MRW<br><br>**NOTICE OF SETTLEMENT AND JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AG (collectively "Plaintiffs") and Defendants

1  TRANSATLANTIC-TRADE.COM, LLC, and GUNTER KREBS (collectively
2  "Defendants"), by and through their counsel of record, respectfully write to notify
3  the Court that a tentative settlement has been reached between Plaintiffs and
4  Defendants.

5      The Parties respectfully request that the Order to Show Cause issued on
6  April 5, 2017 (Document 15) be discharged along with Defendants' obligation to
7  file an Answer to the Complaint.

8      The Parties additionally respectfully request up to and including Friday, May
9  5, 2017, to prepare, finalize, and execute full form settlement documentation
10 memorializing the agreed terms of settlement and to file a stipulation for entry of
11 permanent injunction and dismissal with [proposed] permanent injunction and
12 dismissal to terminate the pending litigation.

14 DATED:  April 7, 2017        JOHNSON & PHAM, LLP

16         By: /s/ Nicole Drey Huerter
17         Nicole Drey Huerter, Esq.
        Attorneys for Plaintiffs
18         BMW OF NORTH AMERICA, LLC
19         BAYERISCHE MOTOREN WERKE AG

20 DATED:  April 7, 2017        QUINTANA LAW GROUP

22         By: /s/ Andres F. Quintana
23         Andres F. Quintana, Esq.
        Attorney for Defendants
24         TRANSATLANTIC-TRADE.COM, LLC
25         GUNTER KREBS